### PEOPLE ex rel. YOUNG v. GILROY et al.

(Supreme Court, General Term, First Department. October 13, 1893.)

Appeal from special term, New York county.

Certiorari by John H. Young to review the action of Thomas F. Gilroy and others, constituting the board of estimate and apportionment of the city of New York, in reducing a claim of relator against the city. The writ was quashed, and relator appeals. Affirmed.

The case was heard at special term with People ex rel. Raymond v. Gilroy, 25 N. Y. Supp. 878, and was disposed of by Mr. Justice INGRAHAM on his opinion in that case.

Argued before VAN BRUNT, P. J., and PARKER, J.

J. M. Bowers, for appellant.

G. S. Coleman, for respondents.

PER CURIAM. Order affirmed, with disbursements, on opinion of court below.